MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Criminal Chief

SUSAN KNIGHT (CABN 209013)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   FAX: (408) 535-5066
   E-Mail: Susan.Knight@usdoj.gov
           Hanley.Chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00554 EJD |
|---|---|---|
| | ) | CR 09-00670 EJD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CONTINUING |
| | ) | STATUS CONFERENCE FROM AUGUST |
| DAVID FOLEY, | ) | 27, 2012 TO OCTOBER 1, 2012 |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The undersigned parties respectfully request that the stauts hearing currently set for August 27, 2012 be continued to October 1, 2012 at 1:30 p.m. On or about June 11, 2012, the parties participated in a settlement conference with United States Magistrate Judge Nathaniel Cousins. In that Settlement Conference, defense counsel and defendant raised several issues that the government needed to investigate further. The government has not as yet completed its investigation into these outstanding issues. Resolution of these issues may impact defendant's sentencing. Therefore, the parties respectfully request that the Court continue the currently scheduled status conference from August 27, 2012 to October 1, 2012 to provide additional time

for the government to complete its investigation and discuss the outstanding issues with defense counsel.

SO STIPULATED:  MELINDA HAAG
United States Attorney

DATED: 8/7/12          /s/
SUSAN KNIGHT
HANLEY CHEW
Assistant United States Attorneys

DATED: 8/7/12          /s/
BENJAMIN LABAN SINGER
Counsel for Mr. Foley

## **ORDER**

Accordingly, for good cause shown, the Court HEREBY ORDERS that the status conference currently scheduled for August 27, 2012 be continued to October 1, 2012.
Time is excluded from August 27, 2012 through October 1, 2012 based on Government's continued investigation.
IT IS SO ORDERED.

DATED: August 8, 2012          _____
HONORABLE EDWARD J. DAVILA
United States District Judge