MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00554 EJD |
| )  Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE |
| v. ) | SENTENCING FROM MAY 20, 2013 TO JUNE 24, 2013 |
| ROBERT DEKETT, ) | |
| )  Defendant. ) | |

The parties, including the defendant, stipulate as follows:

1. Defendant Robert Dekett ("defendant") pled guilty to Count Four of the Indictment in the above-captioned case on October 15, 2012. Defendant's sentencing is currently scheduled for May 20, 2013.

2. The parties need additional time to investigate other matters to prepare for sentencing. The Probation Office does not object to this continuance.

IT IS SO STIPULATED.

DATED: April 17, 2013            /s/
                                                    JACK GORDON
                                                   Attorney for Defendant

STIP & [PROP] ORDER
No. CR 11-00554 EJD

DATED: April 17, 2013          /s/
SUSAN KNIGHT
HANLEY CHEW
Assistant United States Attorney
Attorney for Plaintiff

### [PROPOSED] ORDER

Having considered the stipulation of the parties and finding good cause, the Court hereby orders that defendant Robert Dekett's sentencing be continued from May 20, 2013 to June 24, 2013.

IT IS SO ORDERED.

DATED: 4/23/2013

THE HONORABLE EDWARD J. DAVILA
United States District Court Judge

STIP & [PROP] ORDER
No. CR 11-00554 EJD